# Court of Appeals
# of the State of Georgia

ATLANTA,___August 25, 2016___

*The Court of Appeals hereby passes the following order:*

**A16A1969. BOMA O. ALLISON v. EMBASSY SUITES MANAGEMENT, LLC.**

On October 30, 2015, the trial court denied Boma O. Allison's "Motion to Reinstate Case on Docket." On January 4, 2016, Allison filed a notice of appeal. However, we lack jurisdiction because Allison's notice of appeal is untimely. OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Allison filed her notice of appeal 66 days after entry of the order she seeks to appeal. Her appeal is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___08/25/2016___*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

___Stephen E. Castlen___ *, Clerk.*